# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CRIMINAL CASES

**Directions:** Counsel must make a **docketing statement (criminal) filed** entry in CM/ECF within 14 days of filing a notice of appeal or cross appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form and any extended answers, (2) any transcript order form, and (3) any CJA 24 authorization form. Counsel who filed the notice of appeal is responsible for filing the docketing statement even if different counsel will handle the appeal. In criminal cases, counsel who represented the defendant below must continue on appeal unless the court of appeals grants a motion to withdraw. Appellants proceeding pro se are not required to file a docketing statement. Opposing counsel may file objections to the docketing statement within 10 days of service using the entry **docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 11-5151, In re Application of the United States for an Order |
| **Originating No. & Caption** | 1:11DM3, 1:11EC3, 10GJ3793, In re Application of the U.S. |
| **District Court & Judge** | U.S. District Court, E.D. Va., U.S. District Judge Liam O'Grady |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Date of entry of order/judgment appealed from | November 10, 2011 | | |
| Date this notice of appeal filed | November 23, 2011 | | |
| If cross appeal, date first notice of appeal filed | | | |
| Date of filing any post-judgment motion | | | |
| Date order entered disposing of any post-judgment motion | | | |
| Date of filing any motion to extend appeal period | | | |
| Time for filing appeal extended to | | | |
| Is appeal from final order or judgment? | | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | | |

| **Transcript** (transcript order & CJA 24 must be attached if transcript not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ⦿ Yes | ○ No |
| Has transcript been filed in district court? | ⦿ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ⦿ No |
| (For CJA counsel) Is CJA 24 attached? | ○ Yes | ○ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | U.S. v. Jones, 10-1259 (U.S. arg. 11/10/11) | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⊙ No |
| | If yes, motion to expedite must be filed. | |

| **Issues** (Non-binding statement of issues to raise on appeal.  Attach additional page if necessary.) |
|---|
| 1.  Whether the district court erred in holding that the December 14, 2010 order (the "Twitter Order") issued by the Magistrate pursuant to 18 U.S.C. § 2703(d) requiring Twitter to produce information concerning Movants-Appellants' communications is valid and constitutional.<br><br>2.  Whether the district court erred in holding that judicial orders and documents related to the Twitter Order and similar orders to companies other than Twitter should remain sealed.<br><br>3.  Whether the district court erred in holding that public docketing is not required for judicial orders and documents related to the Twitter Order and similar orders to companies other than Twitter. |

| **Appellant's Name & Address** | **Counsel's Name & Address** |
|---|---|
| Name: See attached.<br>Address:<br><br><br><br>E-Mail:<br><br>Phone: | Name: See attached.<br>Address:<br><br><br><br>E-Mail:<br><br>Phone: |

| **Certificate of Service**: I certify that on  December 22, 2011  the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below: | |
|---|---|
| Andrew Peterson<br>U.S. Attorney's Office<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br><br>John K. Roche<br>Perkins Coie, LLP<br>700 13th Street, N.W., Suite 600<br>Washington, DC 20005 | |
| Signature:  /s/ Aden J. Fine | Date: December 22, 2011 |

08/18/2010
SCC

*In re Application of the United States of America for an Order Pursuant to 18 U.S.C. § 2703(d)*, **No. 11-5151**
**Docketing Statement Attachment**

## APPELLANTS' NAMES

1. Birgitta Jonsdottir

2. Jacob Appelbaum

3. Rop Gonggrijp

## APPELLANTS' COUNSEL

1. Attorneys for Birgitta Jonsdottir

   Aden J. Fine
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   125 Broad Street, 18th Floor
   New York, NY 10004
   Telephone: 212.549.2500
   Email: afine@aclu.org

   Cindy A. Cohn
   Lee Tien
   Marcia Hofmann
   ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
   San Francisco, CA 94110
   Telephone: 415.436.9333 x108
   Email: cindy@eff.org
   Email: tien@eff.org
   Email: marcia@eff.org

   Rebecca K. Glenberg
   AMERICAN CIVIL LIBERTIES UNION
   OF VIRGINIA FOUNDATION, INC.
   530 E. Main Street, Suite 310
   Richmond, VA 23219
   Telephone: 804.644.8080
   Email: rglenberg@acluva.org

2.       Attorneys for Jacob Appelbaum

        John W. Keker
        Rachael E. Meny
        Steven P. Ragland
        KEKER & VAN NEST LLP
        710 Sansome Street
        San Francisco, CA 94111-1704
        Telephone: 415.391.5400
        Email: jkeker@kvn.com
        Email: rmeny@kvn.com
        Email: sragland@kvn.com

        John K. Zwerling
        Stuart Sears
        ZWERLING, LEIBIG & MOSELEY, P.C.
        108 North Alfred Street
        Alexandria, VA 22314
        Telephone: 703.684.8000
        Email: JZ@Zwerling.com
        Email: Stuart@Zwerling.com

3.       Attorneys for Rop Gonggrijp

        John D. Cline
        LAW OFFICE OF JOHN D. CLINE
        235 Montgomery Street, Suite 1070
        San Francisco, CA 94104
        Telephone: 415.322.8319
        Email: cline@johndclinelaw.com

        K.C. Maxwell
        LAW OFFICE OF K.C. MAXWELL
        235 Montgomery Street, Suite 1070
        San Francisco, CA 94104
        Telephone: 415.322.8817
        Email: kcm@kcmaxlaw.com

        Nina J. Ginsberg
        DIMUROGINSBERG, P.C.
        908 King Street, Suite 200
        Alexandria, VA 22314
        Telephone: 703.684.4333
        Email: nginsberg@dimuro.com