# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT
No. 11-5151,   In re: 2703(d) Application

The following information is provided in response to the court's notification of Oral Argument:

**Date of Oral Argument:** 10/26/2012

**Attorney arguing:** Aden Fine   **Phone No.** (212) 549-2693

**Arguing on Behalf of:** Appellants

Attorney Appearing for Defendant but **Not** Arguing in Criminal Case: See Attached

**Argument Time**: If you know how much argument time you wish to use, please provide that information below; any desired changes may be made upon check-in on the morning of argument. If you have not decided upon your argument time, please return this form acknowledging that you will argue the case and provide your argument time when you check in on the morning of argument. Counsel presenting oral argument must have an appearance of counsel form on file for the case. In most cases, **20 minutes** of argument time are allotted per side; all parties to a side must share oral argument time. In social security, black lung & labor cases in which the primary issue is whether substantial evidence supports the agency's decision, and in criminal cases in which the primary issue is the application of the sentencing guidelines, the court allows only 15 minutes of argument time per side. In en banc cases, the court allows 30 minutes of argument time per side. Appellants and cross-appellants may reserve **up to 1/3 of their time for rebuttal** (7 out of 20 minutes).

**APPELLANT**
First Attorney arguing: Aden Fine   Opening Argument Time: Will provide upon check in
Any 2nd Attorney arguing: _____ Opening Argument Time: _____
Any 3rd Attorney arguing: _____ Opening Argument Time: _____

**APPELLEE OR APPELLEE-CROSS APPELLANT**
First Attorney arguing: _____ Answering Argument Time: _____
Any 2nd Attorney arguing: _____ Answering Argument Time: _____
Any 3rd Attorney arguing: _____ Answering Argument Time: _____

**APPELLANT OR APPELLEE-CROSS APPELLANT**
First Attorney arguing: _____ Rebuttal Argument Time: _____
Any 2nd Attorney arguing: _____ Rebuttal Argument Time: _____

I, Aden Fine, hereby certify that on this date, I electronically filed this document using the CMECF System, which will send notice of filing to the CMECF participants listed below and further certify that on this date I served any non-CMECF participants in the manner indicated below:

Date: 08/20/2012   Signature: /s/ Aden J. Fine

*In re Application of the United States of America for an Order Pursuant to 18 U.S.C. § 2703(d)*, **No. 11-5151**

**Oral Argument Acknowledgment Form Attachment**

**Attorneys Appearing for Appellants But Not Arguing**

1. Attorneys for Appellant Birgitta Jonsdottir

   Cindy A. Cohn
   Lee Tien
   Marcia Hofmann
   ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
   San Francisco, CA 94110
   Telephone: 415.436.9333 x108
   Email: cindy@eff.org
   Email: tien@eff.org
   Email: marcia@eff.org

   Rebecca K. Glenberg
   AMERICAN CIVIL LIBERTIES UNION
   OF VIRGINIA FOUNDATION, INC.
   530 E. Main Street, Suite 310
   Richmond, VA 23219
   Telephone: 804.644.8080
   Email: rglenberg@acluva.org

2.  Attorneys for Appellant Jacob Appelbaum

    John W. Keker
    Rachael E. Meny
    Steven P. Ragland
    KEKER & VAN NEST LLP
    710 Sansome Street
    San Francisco, CA 94111-1704
    Telephone: 415.391.5400
    Email: jkeker@kvn.com
    Email: rmeny@kvn.com
    Email: sragland@kvn.com

    John K. Zwerling
    Stuart Sears
    ZWERLING, LEIBIG & MOSELEY, P.C.
    108 North Alfred Street
    Alexandria, VA 22314
    Telephone: 703.684.8000
    Email: JZ@Zwerling.com
    Email: Stuart@Zwerling.com

3.  Attorneys for Appellant Rop Gonggrijp

    John D. Cline
    LAW OFFICE OF JOHN D. CLINE
    235 Montgomery Street, Suite 1070
    San Francisco, CA 94104
    Telephone: 415.322.8319
    Email: cline@johndclinelaw.com

    K.C. Maxwell
    LAW OFFICE OF K.C. MAXWELL
    235 Montgomery Street, Suite 1070
    San Francisco, CA 94104
    Telephone: 415.322.8817
    Email: kcm@kcmaxlaw.com

Nina J. Ginsberg
DIMUROGINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Telephone: 703.684.4333
Email: nginsberg@dimuro.com